UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:25-cv-01798-AH-(MBK) | Date November 3, 2025 |
| Title *Tyler Zequan Williams v. E. Covington, et al.* | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO REFILE *IN FORMA PAUPERIS* REQUEST OR PAY FILING FEE [JS-6]**

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1). However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted IFP. 28 U.S.C. § 1915(b); *Johnson v. High Desert State Prison*, 127 F.4th 123, 126, 128 (9th Cir. 2025).

On September 5, 2025, the Court postponed ruling on Plaintiff's IFP request ("Request") because it was incomplete. Dkts. 2, 4. The Court directed Plaintiff to either: (1) refile a fully completed Request; or (2) pay the full filing fee. Dkt. 4. The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id.*

To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962) ("The authority . . . to dismiss sua sponte for lack of

prosecution . . . [is] vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed qualify for IFP or pay filing fee).

**IT IS SO ORDERED.**